UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-cv-00252-GKS-GJK

JAMAL ST. AIMEE,

    Plaintiff,

v.

JOVAN LEWIS and RENT-A-CENTER
EAST, INC.,

    Defendants.

_____/

GRANTED and SO ORDERED this
___ day of _March_, 20_18_.

G. KENDALL SHARP
United States District Judge

## STIPULATION TO REMAND CASE TO STATE COURT AND ORDER THEREON

Defendants, JOVAN LEWIS and RENT-A-CENTER EAST, INC., and Plaintiff, JAMAL ST. AIMEE, by and through the undersigned counsels, hereby stipulate with reference to the following facts:

1. This action was originally filed in state court, in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case Number: 2018-CA-000701-o, and the Defendants filed a Petition for Removal to Federal Court on or about February 20, 2018.

2. Facts have come to light where it appears complete diversity does not exist.

3. Without complete diversity, this Court no longer has jurisdiction, and remand is appropriate.

WHEREFORE, the parties hereby stipulate that good cause exists to remand this case back to state court, in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case Number: 2018-CA-000701-o. This stipulation is without prejudice to the rights, claims, defenses, and arguments of all parties.

STIPULATED and AGREED by:

Dated: March 13, 2018

*[signature]*

David R. Bolen, Esq.
Florida Bar. No.: 0538639
MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP
6921 Pistol Range Road, Suite 101
Tampa, FL 33635
Tel:   (813) 885-5220
Fax:   (813) 814-2506
Email: dbolen@defensecounsel.com
       ypeters@defensecounsel.com

Dated: March 13, 2018

*[signature]*

Ramon M. Castillo, Esq.
Florida Bar. No.: 0022404
Martinez, Manglardi, P.A.
540 N Semoran Blvd.
Orlando, Florida 32807
Ph:    (407) 381-4123
Fax:   (407) 380-8762
E-mail: ramon@martinezmanglardi.com
        vanessa@martinezmanglardi.com

*Order following on the next page:*